### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **REBECCA GUTIERREZ** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:26cv213-HSO-BWR** |
| | § | |
| | § | |
| **PREMIER ENTERTAINMENT** | § | |
| **BILOXI, LLC** *d/b/a Hard Rock Hotel* | § | |
| *and Casino* **and JOHN DOES 1-5** | § | **DEFENDANTS** |

### <u>ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFF'S CLAIMS</u>

On July 23, 2026, Plaintiff Rebecca Gutierrez ("Plaintiff") filed her Complaint

[1] in this case, alleging negligence on the part of Defendants Premier

Entertainment Biloxi, LLC d/b/a Hard Rock Hotel and Casino and John Does 1-5

(collectively, "Defendants").  *See* Compl. [1].   Because the Court could not conclude

that subject-matter jurisdiction existed, it entered an Order [3] requiring Plaintiff to

show cause why this case should not be dismissed without prejudice.  *See* Order [3].

Plaintiff responds that she has not been able to ascertain the necessary

jurisdictional facts and has therefore filed a new action in state court.  She asks

that the Court dismiss her claims in this case without prejudice.  *See* Resp. [4] at 1-

2.  The Court finds that this request should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Rebecca Gutierrez's claims against Defendants in this case are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**SO ORDERED AND ADJUDGED**, this the 5th day of August, 2026.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE

2