## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| REBECCA GUTIERREZ | § | PLAINTIFF |
| | § | |
| | § | |
| v. | § | Civil No. 1:26cv213-HSO-BWR |
| | § | |
| | § | |
| PREMIER ENTERTAINMENT | § | |
| BILOXI, LLC *d/b/a Hard Rock Hotel* | § | |
| *and Casino* and JOHN DOES 1-5 | § | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action

is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 5th day of August, 2026.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE